# UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| **MADISON CAWTHORN**, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>**MR. DAMON CIRCOSTA**, in his official capacity as Chair of the North Carolina State Board of Elections, *et al*.<br><br>*Defendants*. | **Civ. No. 5:22-cv-50-M** |

## [Proposed] Order

Having considered *Plaintiff's Motion for Preliminary Injunction*, ECF No. 8, this Court finds the Motion should be **GRANTED**.

_____
Hon. Richard E. Myers II
United States District Judge