IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00050-M

| | | |
|---|---|---|
| MADISON CAWTHORN, | ) | |
|     Plaintiff, | ) | |
| v. | ) | ORDER |
| DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections, STACY EGGERSIV, in his official capacity as a member of the North Carolina State Board of Elections, TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections, KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections, | ) | |
|     Defendants. | ) | |

This matter is before the court on the Plaintiff's Motion to Expedite [DE 3]. For good cause shown, the motion is GRANTED. Defendants shall file responses to the pending Motion for Preliminary Injunction (DE 8) and Motion to Consolidate (DE 5) on or before February 7, 2022, and the Plaintiff may file reply briefs in support of the motions on or before February 11, 2022. Once briefing is completed, the court will determine whether and when to schedule a hearing.

Counsel for the Defendants has not yet entered an appearance; therefore, the Clerk of the Court is DIRECTED to provide a copy of this order as soon as possible to Paul Cax at the address set forth in the Plaintiff's Certificate of Service (DE 8 at 5).

SO ORDERED this **1st** day of February, 2022.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE