UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **MADISON CAWTHORN**, an individual, <br><br> *Plaintiff*, <br><br> v. <br><br> **MR. DAMON CIRCOSTA**, in his official capacity as Chair of the North Carolina State Board of Elections, **MS. STELLA ANDERSON**, in her official capacity as a member of the North Carolina State Board of Elections, **MR. JEFF CARMON**, in his official capacity as a member of the North Carolina State Board of Elections, **MR. STACY EGGERS IV**, in his official capacity as a member of the North Carolina State Board of Elections, **MR. TOMMY TUCKER**, in his official capacity as a member of the North Carolina State Board of Elections, **MS. KAREN BRINSON BELL**, in her official capacity as the Executive Director of the North Carolina State Board of Elections. <br><br> *Defendants*. | **Civ. No. 5:22-cv-00050-M** |

## Notice of Special Appearance

Please take notice that the undersigned, James Bopp, Jr., hereby enters a notice of special appearance as counsel for Plaintiff Madison Cawthorn in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Josh Howard.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

**Not. of Special Appearance**          1

| | |
|---|---|
| Date: February 3, 2022 | /s/ James Bopp, Jr.<br>James Bopp, Jr., Ind. Bar No. 2838-84<br>THE BOPP LAW FIRM<br>1 South 6th Street<br>Terre Haute, Indiana 47807<br>Telephone: (812) 232-2434<br>Facsimile: (812) 235-3685<br>jboppjr@aol.com<br>*Lead Attorney for Plaintiff*<br><br>/s/ Josh Howard<br>Gammon, Howard & Zesotarski, PLLC<br>The Water Tower Building<br>115 ½ West Morgan Street<br>Raleigh, NC 27601<br>jhoward@ghz-law.com<br>Phone: (919) 521-5878<br>Fax: (919) 882-1898<br>State Bar No. 26902<br>*Local Civil Rule 83.1(d) Counsel for Plaintiff* |

## Certificate of Service

I hereby certify that on February 3, 2022, a true and exact copy of the foregoing document and all attachments thereto were filed using the Court's CM/ECF system. Notice of this filing was sent to all parties' counsel, who are registered users of the Court's CM/ECF system.

                                                  /s/ James Bopp, Jr.
                                                  Lead Attorney for Plaintiff