UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00050-M

| | |
|---|---|
| MADISON CAWTHORN, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>MR. DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, MS. STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, MR. JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections, MR. STACY EGGERS IV, in his official capacity as a member of the North Carolina State Board of Elections, MR. TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections, MS. KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections,<br><br>*Defendants, and*<br><br>BARBARA LYNN AMALFI, LAUREL ASHTON, NATALIE BARNES, CLAUDE BOISSON, MARY DEGREE, CAROL ANN HOARD, JUNE HOBBS, MARIE JACKSON, MICHAEL JACKSON, ANNE ROBINSON, DAVID ROBINSON, CAROL ROSE, and JAMES J. WALSH,<br><br>*Proposed Defendant-Intervenors.* | **NOTICE OF APPEARANCE** |

To the Clerk of Court and all parties of record, I am admitted or otherwise authorized in this court, and I appear in this case as counsel for Proposed Defendant-Intervenors Barbara Lynn

Amalfi, Laurel Ashton, Natalie Barnes, Claude Boisson, Mary Degree, Carol Ann Hoard, June Hobbs, Marie Jackson, Michael Jackson, Anne Robinson, David Robinson, Carol Rose, and James J. Walsh.

This 11th day of February 2022.

>*/s/ John R. Wallace*
>John R. Wallace (State Bar #7374)
>Post Office Box 12065
>Raleigh, NC 27605
>Office: 919.782.9322
>Fax: 919.782.8133
>Email: jrwallace@wallacenordan.com

2

Case 5:22-cv-00050-M   Document 48   Filed 02/11/22   Page 2 of 3

## Certificate of Service

I hereby certify that on February 11, 2022, a true and exact copy of the foregoing document and all attachments thereto were filed using the Court's CM/ECF system. Notice of this filing was sent to all parties' counsel, who are registered users of the Court's CM/ECF system.

*/s/ John R. Wallace*
John R. Wallace (State Bar #7374)
Post Office Box 12065
Raleigh, NC 27605
Office: 919.782.9322
Fax: 919.782.8133
Email: jrwallace@wallacenordan.com