IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00050-M

MADISON CAWTHORN,

    Plaintiff,

v.

DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections,
STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections,
JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections,
STACY EGGERSIV, in his official capacity as a member of the North Carolina State Board of Elections,
TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections,
KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections,

    Defendants.

ORDER

This matter comes before the court on the Plaintiff's Motion to Consolidate [DE 5] and Motion for Preliminary Injunction [DE 8]. The court concludes that it may resolve the motion for injunctive relief on the legal issues before it; thus, the motion to consolidate is GRANTED. The court will hold the consolidated hearing on Monday, February 28, 2022, at 10:00 a.m. in Courtroom 160, Wilmington.

In addition, the court will hold a Status Conference on Tuesday, February 22, 2022, at 3:30 p.m.

to discuss with counsel for the parties the scope of the consolidated hearing. The Clerk of the Court is directed to provide counsel with call-in instructions for the status conference.

SO ORDERED this 21st day of February, 2022.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE