UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:22-cv-00050-M

| | |
|---|---|
| MADISON CAWTHORN, an individual, | |
| Plaintiff, | |
| v. | **NOTICE OF ACTION BY NORTH CAROLINA STATE BOARD OF ELECTIONS** |
| DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections,, et al., | |
| Defendants. | |

**NOW COME** Defendants Damon Circosta, Stella Anderson, Jeff Carmon, III, Stacy Eggers, IV, Tommy Tucker, and Karen Brinson Bell ("Defendants" or "State Board Defendants"), through undersigned counsel, to hereby notify the Court of the following action taken by the North Carolina State Board of Elections relevant to the litigation in the above-captioned case:

On February 24, 2022, the North Carolina State Board of Elections notified counsel for those registered voters who challenged Plaintiff's candidacy under the candidate challenge law at issue in this litigation via the letter attached to this Notice that the State Board will not proceed to appoint a panel to hear the challenges, because the challenges are no longer valid under North Carolina law. (*See* **Ex. A**)

If the Court requires additional information regarding this development, or any other matter, State Board Defendants will provide that information at the Court's request.

Should any further development occur relevant to the facts underlying this matter, State Board Defendants will notify the Court.

Respectfully submitted this the 24th day of February, 2022.

JOSHUA H. STEIN
Attorney General

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
tsteed@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25713
mcbabb@ncdoj.gov

Stephanie A. Brennan
Special Deputy Attorney General
N.C. State Bar No. 35955
sbrennan@ncdoj.gov

Amar Majmundar
Senior Deputy Attorney General
N.C. State Bar No. 24668
amajmundar@ncdoj.gov

Post Office Box 629
Raleigh, NC 27602
Phone: (919) 716-6900
Fax: (919) 716-6763