# Exhibit A

**NORTH CAROLINA STATE BOARD OF ELECTIONS**

*Mailing Address:*
P.O. Box 27255,
Raleigh, NC 27611

(919) 814-0700 or
(866) 522-4723

*Fax:* (919) 715-0135

February 24, 2022

VIA EMAIL

John R. Wallace
Lauren T. Noyes
Post Office Box 12065
Raleigh, North Carolina 27605
jrwallace@wallacenordan.com
ltnoyes@wallacenordan.com

James G. Exum, Jr.
6 Gleneagle Ct.
Greensboro, NC 27 408
jimxzoom@gmail.com

Robert F. Orr
3434 Edwards Mill Road, Suite 112-372
Raleigh, NC 27612
orr@rforrlaw.com

Re:     Candidate Challenges Rendered Invalid by Redistricting Court Order

Dear Counsel:

I am writing to you in your capacity as counsel for the 13 North Carolina voters who filed challenges in January 2022 and February 2022 to the candidacy of Madison Cawthorn for North Carolina's 13th Congressional District.

After your challenges were initially filed, the Superior Court of North Carolina, Wake County, issued a [stay of candidate challenges](#) for congressional and legislative offices "until final resolution" of redistricting litigation in the North Carolina courts, *N.C. League of Conservation Voters, et al. v. Hall, et al.*, No. 21 CVS 15426 (Wake Cty. Super. Ct.), and *Harper, et al. v. Hall, et al.*, No. 21 CVS 500085 (Wake Cty. Super. Ct.).

On February 23, 2022, that litigation was finally resolved, when the Superior Court [ordered](#) remedial legislative and congressional maps to be used for the 2022 primary and general elections in North Carolina. The [remedial congressional map](#) moves the 13th Congressional District to a different part of the state—covering Johnston County and parts of Wake, Harnett, and Wayne Counties—where none of the challengers reside, according to the challenges and affidavits the challengers filed with the State Board of Elections.

Under a December 8, 2021 [order](#) of the Supreme Court of North Carolina in the same redistricting litigation, any candidate who filed for office during the December 2021 filing period

and had their filing accepted by the board of elections "will be deemed to have filed for the same office under the new election schedule for the May 2022 primary . . . ." The challenged candidate, Mr. Cawthorn, filed in December 2021 for the 13th Congressional District and had that filing [accepted](#) by the State Board of Elections. He is therefore currently a candidate for the newly redrawn 13th Congressional District, unless he withdraws from that contest. A congressional candidate need not be a resident of the district they seek to represent, but a challenger must be a resident of that district to file a proper challenge to a congressional candidate.

Under N.C.G.S. § 163-127.1, an eligible "Challenger" is "[a]ny qualified voter registered in the same district as the office for which the candidate has filed or petitioned." None of the challengers are qualified, registered voters in the current 13th Congressional District, which is the office for which the challenged candidate has filed.

Accordingly, because the 13 candidate challenges filed by your clients are no longer valid under North Carolina law, the State Board of Elections will not proceed to appoint a panel to hear these challenges, pursuant to N.C.G.S. § 163-127.3(2).

Sincerely,

*Katelyn Love*

Katelyn Love
General Counsel

CC: Joshua Howard, 115 ½ West Morgan Street, Raleigh, NC 27601, jhoward@ghz-law.com
Counsel for Madison Cawthorn