IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00050-M

MADISON CAWTHORN,

    Plaintiff,

v.

DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections,
STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections,
JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections,
STACY EGGERSIV, in his official capacity as a member of the North Carolina State Board of Elections,
TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections,
KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections,

    Defendants.

ORDER

This matter comes before the court on the Notice of Filings filed today by the Defendants [DE 70]. It appearing to the court that the North Carolina State Board of Elections intends to proceed against Representative Cawthorn on March 7, 2022, the hearing on the pending Motion for Preliminary Injunction will be accelerated and heard on **Friday, March 4, 2022 at 10:30 a.m.** in Courtroom 160, Wilmington. In addition to the issues discussed at the February 22, 2022 status conference, the court

will hear argument regarding any issues of standing, mootness, and/or ripeness, if necessary.

SO ORDERED this 2 day of March, 2022.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE