IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00050-M

| | | |
|---|---|---|
| MADISON CAWTHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, | ) | |
| STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, | ) | |
| JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| STACY EGGERSIV, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections, | ) | |
| Defendants. | ) | |

These matters come before the court on the "Motion for Amicus Curiae the North Carolina Republican Party to File in Paper Form" [DE 64] and "Unopposed Motion for Amicus Curiae Status by the North Carolina Republican Party [(NCGOP)]" [DE 65]. For good cause shown, NCGOP's motion to file in paper form is GRANTED. However, the court finds it unnecessary to grant leave for an amicus

curiae to file in this case; thus, NCGOP's motion for amicus curiae status is DENIED. *See Chapman v. Trump*, No. CV GLR-17-814, 2017 WL 1196489, at *2 n.3 (D. Md. Mar. 31, 2017) ("When reviewing motions for leave to file amici curiae memorand[a], federal district courts have discretion to grant or deny leave and may look to the reason why the amicus brief is desirable and why the matters asserted are relevant to the disposition of the case.") (citing *Am. Humanist Ass'n v. Md.-Nat'l Capital Park*, 147 F.Supp.3d 373, 389 (D. Md. 2015), *rev'd on other grounds sub nom. Am. Humanist Ass'n v. Maryland-Nat'l Cap. Park & Plan. Comm'n*, 874 F.3d 195 (4th Cir. 2017), *rev'd and remanded sub nom. Am. Legion v. Am. Humanist Ass'n*, 139 S. Ct. 2067, 204 L. Ed. 2d 452 (2019)).

SO ORDERED this 2d day of March, 2022.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE