IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00050-M

| | | |
|---|---|---|
| MADISON CAWTHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, | ) | |
| STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, | ) | |
| JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| STACY EGGERSIV, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections, | ) | |
| | ) | |
| Defendants. | ) | |

To ensure the fair and efficient administration of justice, it is hereby ordered that the listed parameters (see attached) shall be implemented and shall remain in effect during the pendency of the hearing commencing at 10:30 a.m. on Friday, March 4, 2022, in Courtroom 160, Wilmington, North Carolina. These parameters shall be binding on all participants and spectators and shall be obeyed until the conclusion of the hearing. All conditions herein shall be enforced by the United States Marshal. A

copy of this Order, including the attached list of parameters, shall be distributed to each hearing participant and spectator upon entry into the courthouse.

SO ORDERED this __3__ day of March, 2022.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

## HEARING PARAMETERS

(1) All persons wishing to enter the federal courthouse at 1003 17th Street, Wilmington, NC ("courthouse") must present a valid photo identification to the Court Security Officer stationed at the courthouse entrance. Failure to do so will result in denial of entry into the courthouse.

(2) All participants and spectators allowed into Courtroom 160 must be seated in the courtroom no later than **10:15 a.m.** and must remain seated in the courtroom following the conclusion of the hearing until court is recessed by the court or by the United States Marshal.

(3) Seating within the courtroom during the hearing will be limited to the physical unreserved seats in the pews in the courtroom. All spectators and participants are directed to take notice of the pews/seats specifically reserved for designated persons. No person will be allowed to stand or sit in the aisles or in the rear of the courtroom while the hearing is in progress.

(4) The United States Marshal shall exercise his discretion in managing the number of spectators allowed in the courtroom during the hearing.

(5) Entry into, exit from, and movement within the courtroom while court is in session will be restricted to the announced recesses, with the exception of court personnel, attorneys and witnesses. A spectator or participant needing to exit the courtroom while court is in session may do so but may not re-enter the courtroom until the next regularly scheduled recess.

(6) No person other than the attorneys, defendants, witnesses and other court personnel may be present in front of the bar in the courtroom during the hearing.

(7) No person shall be permitted to remain in the lobby outside of Courtroom 160 or in the hallways of the courthouse while the hearing is in progress. Such persons not admitted to the courtroom must wait outside of the courthouse while the hearing is in progress.

(8) During the course of the hearing, the court may impose any other order or condition it deems necessary to provide for the safety of the spectators, participants, and witnesses and to ensure the fair and efficient administration of justice.

Any person who violates any condition set forth above may be subject to criminal contempt of court.