FILED: March 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1251
(5:22-cv-00050-M)

_____

MADISON CAWTHORN

       Plaintiff – Appellee

v.

BARBARA LYNN AMALFI; LAUREL ASHTON; NATALIE BARNES; CLAUDE BOISSON; MARY DEGREE; CAROL ANN HOARD; JUNE HOBBS; MARIE JACKSON; MICHAEL JACKSON; ANNE ROBINSON; DAVID ROBINSON; CAROL ROSE; JAMES J. WALSH

       Parties-in-Interest - Appellants

and

DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections; STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections; STACY EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections; KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections

       Defendants

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Originating Case Number | 5:22-cv-00050-M |
| Date notice of appeal filed in originating court: | 03/09/2022 |
| Appellant(s) | Barbara Lynn Amalfi, et al. |
| Appellate Case Number | 22-1251 |
| Case Manager | Ashley Brownlee<br>804-916-2704 |