UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00050-M

| | |
|---|---|
| MADISON CAWTHORN, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>MR. DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, MS. STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, MR. JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections, MR. STACY EGGERS IV, in his official capacity as a member of the North Carolina State Board of Elections, MR. TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections, MS. KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections,<br><br>*Defendants,* and<br><br>LAUREL ASHTON, MICHAEL "MIKE" HAWKINS, MELINDA LOWRANCE, ELLEN BETH RICHARD, and TERRY LEE NEAL,<br><br>*Proposed Defendant-Intervenors.* | |

**LAUREL ASHTON, MICHAEL "MIKE" HAWKINS, MELINDA LOWRANCE,
ELLEN BETH RICHARD, and TERRY LEE NEAL'S
<u>EXPEDITED RENEWED MOTION TO INTERVENE AS DEFENDANTS</u>**

Pursuant to Federal Rule of Civil Procedure 24, Proposed Defendant-Intervenors Laurel

Ashton, Michael "Mike" Hawkins, Melinda Lowrance, Ellen Beth Richard, and Terry Lee Neal

("Defendant-Intervenors") respectfully submit this expedited renewed motion, by and through undersigned counsel, to intervene as Defendants in the above-captioned case as of right or, in the alternative, with the Court's permission.

As set forth in the accompanying memorandum in support of the renewed expedited motion to intervene, Defendant-Intervenors have filed a Notice of Candidacy Challenge in the North Carolina State Board of Elections pursuant to N.C. Gen. Stat. § 163-127.2 in the matter styled *In re Challenge to the Constitutional Qualifications of Rep. Madison Cawthorn* (N.C. State Bd. of Elections) (the "Challenge"). It is therefore Defendant-Intervenors' Challenge which the Court has enjoined.[1]

Proposed Defendant-Intervenors inquired of counsel for Defendants and Plaintiffs on March 17, 2022 concerning their positions regarding this Motion. Counsel for Plaintiff is opposed to this motion; counsel for Defendants have not yet provided their position.

Defendant-Intervenor's positions are fully stated in their supporting memorandum, filed contemporaneously with this Motion.

This the 17th day of March, 2022.

Respectfully submitted,

*/s/ Pressly M. Millen*
Pressly M. Millen (State Bar #16178)
Raymond M. Bennett (State Bar # 36341)
Scott D. Anderson (State Bar # 49044)
Hayes Jernigan Finley (State Bar # 47834)
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Office: 919.755.2135
Fax: 919.755.6067

---

[1] If this Court perceives any procedural complications from the fact that Ashton is the only proposed Intervenor who had earlier moved to intervene, the Court should grant her motion notwithstanding any complications pertaining to her fellow Defendant-Intervenors' motions.

Email: Press.Millen@wbd-us.com
        Ray.Bennett@wbd-us.com
        Scott.D.Anderson@wbd-us.com
        Hayes.Finley@wbd-us.com

John R. Wallace (State Bar #7374)
Lauren T. Noyes (State Bar #28130)
Post Office Box 12065
Raleigh, NC 27605
Office: 919.782.9322
Fax: 919.782.8133
Email: jrwallace@wallacenordan.com
ltnoyes@wallacenordan.com

Robert F. Orr (State Bar #6798)
3434 Edwards Mill Road, Suite 112-372
Raleigh, NC 27612
Office: 919.608.5335
Email: orr@rforrlaw.com

Ronald Fein*
John C. Bonifaz*
Ben Clements*
Courtney Hostetler*
Benjamin Horton*
Free Speech For People
1320 Centre St. #405
Newton, MA 02459
Office: 617.244.0234
Email: rfein@freespeechforpeople.org

*Attorneys for Defendant-Intervenors Laurel Ashton, Michael "Mike" Hawkins, Melinda Lowrance, Ellen Beth Richard, and Terry Lee Neal*

*Of Counsel*

James G. Exum, Jr. (State Bar #1392)
6 Gleneagle Ct.
Greensboro, NC 27408
Office: 336.554.1140
Email: jimxzoom@gmail.com

*Special appearances pursuant to L.R. 83.1

3

Case 5:22-cv-00050-M    Document 87    Filed 03/17/22    Page 3 of 3