IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00050-M

| | | |
|---|---|---|
| MADISON CAWTHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, | ) | |
| STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, | ) | |
| JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| STACY EGGERSIV, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on the limited remand from the Fourth Circuit Court of Appeals, filed on March 17, 2022, ordering this court to "consider a new motion to intervene" filed by "appellants." DE 82. The Fourth Circuit directs that, "[i]n considering any such motion, the district court should consider [1] which (if any) proposed intervenors still have a challenge remaining before the state board of elections and [2] whether the state court order staying all qualification-related challenges

remains in effect." *Id.*

Later that evening, a motion to intervene was filed in this case by several individuals; however, only one such individual, Laurel Ashton, is an "appellant" described by the Fourth Circuit. *See* DE 87. In the motion, the proposed intervenors make certain statements of "fact" related to the questions this court has been ordered to consider, but have failed to attach any affidavit, declaration, or other document supporting these statements. Accordingly, the court ORDERS that, on or before March 21, 2022, the proposed intervenors supplement the motion with any such supporting documents. The Plaintiff and Defendants shall file response briefs and supporting documentation, including their positions on whether proposed intervenors' statements of fact are accurate, on or before March 28, 2022.

SO ORDERED this 18th day of March, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE