IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00050-M

| | | |
|---|---|---|
| MADISON CAWTHORN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, | ) | |
| STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, | ) | |
| JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| STACY EGGERSIV, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections, | ) | |
| KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Plaintiff's Motion for Attorney's Fees and Expenses with Fair Estimate and Request for Briefing Schedule [DE 97]. Defendants do not oppose Plaintiff's request for a schedule setting briefing on the motion for dates following final resolution of all matters in this

case.[1] For good cause shown, this request is GRANTED as follows; the court RESERVES JUDGMENT pending submission of all briefing on the Plaintiff's request for an award of attorney's fees and costs and sets the following schedule:

- Plaintiff shall file a supplement containing all information/evidence necessary to support his motion pursuant to 42 U.S.C. § 1988 within thirty (30) days after all matters, including appeals, in this action have resolved;

- Defendants shall file a response to the motion within thirty (30) days after the supplement is served; and

- Plaintiff may file a reply brief in support of the motion within fifteen (15) days after the response is served.

SO ORDERED this 29th day of March, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's counsel cites the court's Local Civil Rule 7.1(b)(2) to justify his failure to confer with opposing counsel before filing Plaintiff's motion for attorney's fees. The court reminds the parties that they must comply with the court's practice preferences and procedures, specifically I.A., which states:

> Before filing a motion, the movant must confer with the opposing party regarding the relief requested and must note in the motion the movant's efforts to confer and the opposing party's position on the requested relief (i.e., opposed, unopposed, none).
2