IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00050-M

| | |
|---|---|
| MADISON CAWTHORN, <br><br> Plaintiff, <br><br> v. <br><br> DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, <br> STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, <br> JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections, <br> STACY EGGERSIV, in his official capacity as a member of the North Carolina State Board of Elections, <br> TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections, <br> KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections, <br><br> Defendants. | ORDER |

This matter comes before the court sua sponte. Pursuant to its inherent authority to manage its docket, the court finds it necessary to clarify the current procedural posture of this action. At the hearing on March 4, 2022, the court reminded the parties that it "narrowed" the "oral argument" to a single question and "everything else is preserved . . . the pleadings are there. I understand them." Tr. 7: 15-18. At the conclusion of the hearing, the court granted the Plaintiff's motion for injunctive relief with respect

to Plaintiff's fourth claim for relief and denied the Defendant's motion to dismiss. *Id.* at 62: 25 - 63: 3. Thus, consistent with its oral rulings and written order on the Plaintiff's fourth claim for relief, the proceedings of this case are STAYED regarding the Plaintiff's remaining claims for relief pending resolution of any appeals of the oral and written orders. This order is effective *nunc pro tunc* to March 4, 2022.

SO ORDERED this 30th day of March, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE