UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00050-M

| | |
|---|---|
| MADISON CAWTHORN, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>MR. DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, MS. STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, MR. JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections, MR. STACY EGGERS IV, in his official capacity as a member of the North Carolina State Board of Elections, MR. TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections, MS. KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections,<br><br>*Defendants, and*<br><br>LAUREL ASHTON, MICHAEL "MIKE" HAWKINS, MELINDA LOWRANCE, ELLEN BETH RICHARD, and TERRY LEE NEAL,<br><br>*Proposed Defendant-Intervenors.* | SECOND AMENDED NOTICE OF APPEAL OF PROPOSED DEFENDANT-INTERVENORS |

This Second Amended Notice is hereby given that Proposed Defendant-Intervenors, Laurel Ashton, Michael "Mike" Hawkins, Melinda Lowrance, Ellen Beth Richard, and Terry Lee Neal hereby appeal to the United States Court of Appeals for the Fourth Circuit from the (1) Order Denying the Motion to Intervene (Dkt. No. 56), entered in this action on February 21, 2022, (2)

the Order granting Plaintiff's Motion for Preliminary Injunction (Dkt. No. 74), entered in this action on March 4, 2022, (3) the Order (Dkt No. 78) entered in this action on March 10, 2022, granting Plaintiff's motions for preliminary (Dkt No. 8) and permanent (Dkt No. 5) injunctions, and the (4) Order (Dkt. No. 106) denying the Proposed Defendant-Intervenors' Renewed Expedited Motion to Intervene, entered in this action on March 30, 2022.

This the 31st day of March, 2022.

Respectfully submitted,

*/s/ Pressly M. Millen*
Pressly M. Millen (State Bar #16178)
Raymond M. Bennett (State Bar # 36341)
Scott D. Anderson (State Bar # 49044)
Hayes Jernigan Finley (State Bar # 47834)
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Office: 919.755.2135
Fax: 919.755.6067
Email: Press.Millen@wbd-us.com
　　　　Ray.Bennett@wbd-us.com
　　　　Scott.D.Anderson@wbd-us.com
　　　　Hayes.Finley@wbd-us.com

John R. Wallace (State Bar #7374)
Lauren T. Noyes (State Bar #28130)
Post Office Box 12065
Raleigh, NC 27605
Office: 919.782.9322
Fax: 919.782.8133
Email: jrwallace@wallacenordan.com
　　　　ltnoyes@wallacenordan.com

Robert F. Orr (State Bar #6798)
3434 Edwards Mill Road, Suite 112-372
Raleigh, NC 27612
Office: 919.608.5335
Email: orr@rforrlaw.com

Ronald Fein
John C. Bonifaz

Ben Clements
Courtney Hostetler
Benjamin Horton
Free Speech For People
1320 Centre St. #405
Newton, MA 02459
Office: 617.244.0234
Email: rfein@freespeechforpeople.org

*Attorneys for Proposed Defendant-Intervenors Laurel Ashton, Michael "Mike" Hawkins, Melinda Lowrance, Ellen Beth Richard, and Terry Lee Neal*

*Of Counsel*

James G. Exum, Jr. (State Bar #1392)
6 Gleneagle Ct.
Greensboro, NC 27408
Office: 336.554.1140
Email: jimxzoom@gmail.com