FILED: April 7, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1251
(5:22-cv-00050-M)

_____

MADISON CAWTHORN

       Plaintiff - Appellee

v.

BARBARA LYNN AMALFI; LAUREL ASHTON; NATALIE BARNES; CLAUDE BOISSON; MARY DEGREE; CAROL ANN HOARD; JUNE HOBBS; MARIE JACKSON; MICHAEL JACKSON; ANNE ROBINSON; DAVID ROBINSON; CAROL ROSE; JAMES J. WALSH; MICHAEL HAWKINS; MELINDA LOWRANCE; ELLEN BETH RICHARD; TERRY LEE NEAL

       Parties-in-Interest - Appellants

_____

CONSTITUTIONAL ACCOUNTABILITY CENTER

       Amicus Supporting Appellants

and

DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections; STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections; JEFF CARMON, in his official

capacity as a member of the North Carolina State Board of Elections; STACY EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections; KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections

    Defendants - Amici Curiae

and

NORTH CAROLINA REPUBLICAN PARTY

    Amicus Supporting Appellee

------

O R D E R

------

The motion for a stay pending review is denied as movants have not made the demanding showing required by *Nken v. Holder*, 556 U.S. 418 (2009). The motion to expedite the appeal is granted in part and the following schedule is adopted:

| | |
|---|---|
| Thursday, April 14, 2022: | Appellants' Brief and Joint Appendix Due |
| Monday, April 25, 2022: | Appellee's Brief Due |
| Friday, April 29, 2022: | Appellants' Reply Brief Due |
| Tuesday, May 3, 2022: | Oral Argument |

    For the Court

    /s/ Patricia S. Connor, Clerk