FILED: May 24, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1251
(5:22-cv-00050-M)

_____

MADISON CAWTHORN

       Plaintiff - Appellee

v.

BARBARA LYNN AMALFI; LAUREL ASHTON; NATALIE BARNES; CLAUDE BOISSON; MARY DEGREE; CAROL ANN HOARD; JUNE HOBBS; MARIE JACKSON; MICHAEL JACKSON; ANNE ROBINSON; DAVID ROBINSON; CAROL ROSE; JAMES J. WALSH; MICHAEL HAWKINS; MELINDA LOWRANCE; ELLEN BETH RICHARD; TERRY LEE NEAL

       Parties-in-Interest - Appellants

_____

CONSTITUTIONAL ACCOUNTABILITY CENTER

       Amicus Supporting Appellants

and

DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections; STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections; JEFF CARMON, in his official capacity as a member of the North Carolina State Board of Elections; STACY

EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; TOMMY TUCKER, in his official capacity as a member of the North Carolina State Board of Elections; KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections

   Defendants - Amici Curiae

and

NORTH CAROLINA REPUBLICAN PARTY

   Amicus Supporting Appellee

and

PROFESSOR DEREK T. MULLER

   Amicus Curiae

_____

## J U D G M E N T
_____

 In accordance with the decision of this court, the judgment of the district court is reversed and the injunction is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

 This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

            /s/ PATRICIA S. CONNOR, CLERK