UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**MADISON CAWTHORN**, an individual,

*Plaintiff*,

v.

**MR. DAMON CIRCOSTA**, in his official capacity as Chair of the North Carolina State Board of Elections, *et al*.

*Defendants*.

Civ. No. 5:22-cv-00050-M

### [Proposed] Order

Having considered Plaintiff's Stipulation of Rule 41 Dismissal, this Court finds the Stipulation of Dismissal should be **GRANTED**. This case is dismissed with prejudice, and all parties are to bear their own costs. It is so **ORDERED**.

_____
Hon. Richard E. Myers II
United States District Judge