IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-cv-00050-M

| | |
|---|---|
| MADISON CAWTHORN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DAMON CIRCOSTA, in his official capacity ) | |
| as Chair of the North Carolina State Board of ) | |
| Elections, *et al.* ) | |
| ) | |
| Defendants, ) | |
| ) | |
| LAUREL ASHTON, *et al.* ) | |
| ) | |
| Intervenor-Defendants. ) | |

This matter comes before the court on the "Plaintiff's Stipulation of Rule 41 Dismissal" [DE 116]. The parties indicate their agreement that "this matter is moot and all parties stipulate to its dismissal with prejudice." *Id.* The parties also agree that "[a]ll parties are to bear their own costs." *Id.*

Typically, such stipulation would dismiss the action without a court order. See Fed. R. Civ. P. 41(a)(1)(A)(ii). However, in this case, the Plaintiff's Motion for Attorney's Fees and Expenses [DE 97] remains pending. The court deems the motion WITHDRAWN pursuant to the stipulations' terms. The court also finds the stipulation to be proper and directs the Clerk of the Court to close this case.

SO ORDERED this 30th day of June, 2022.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE